IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2026-cv-

SHAWN LANDSMAN

      Plaintiff,

v.

ROOT INSURANCE COMPANY

      Defendant.

---

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

---

TO:    PLAINTIFF, SHAWN LANDSMAN, AND HIS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on the 29th day of April, 2026, Defendant Root Insurance Company ("Root"), filed in the United States District Court for the District of Colorado its Notice of Removal of this action to that Court.

This action was commenced by Plaintiff on March 31, 2026, in the District Court, Denver County, Colorado, Case No. 2026CV31153. *See Complaint*, attached to this Notice as ***Appendix A-2.*** Plaintiff's claim constitutes a civil action for which this Court has original jurisdiction under 28 U.S.C. Section 1332(a), as there is diversity between the parties and the amount in controversy exceeds $75,000. Therefore, this action is removable from the District Court, Denver County, State of Colorado, to this Court under 28 U.S.C. Section 1441(a).  In accordance with 28 U.S.C. Section 1446(b), the notice of removal shall be filed within 30 days after service or other receipt of the Summons and the

Complaint.  ***Dowgiallo v. Allstate Ins. Co.***, 2020 WL 13104637, at \*2-3 (Apr. 14, 2020). Defendant was served on April 8, 2026.  Accordingly, this notice is timely filed.

This action arises out of Plaintiff's claims made under an insurance policy issued by Root for an automobile accident that occurred on or about December 6, 2024. *See, Plaintiff's Complaint*, **Appendix A-2**, at Paragraphs 5 through 11.   Plaintiff Shawn Landsman asserts that he is entitled to payment for underinsured motorist (UIM) benefits from Root.  ***Id.*** at Paragraphs 12 through 24.

A.    **Damages in Excess of $75,000.00**.

Although Plaintiff does not allege the exact amount of damages sought in his Complaint, the following averments are sufficient to satisfy the jurisdictional amount of $75,000.00:

1.    Plaintiff has admitted that he seeks over $100,000.00 in damages as noted on Plaintiff's Civil Cover Sheet dated March 31, 2026. *See, District Court Civil Cover Sheet*, **Appendix A-3**.  The state court civil coversheet is an "other paper" from which the amount in controversy can be determined.  ***Paros Props, LLC v. Colo. Ca. Ins. Co***., 835 F. 3d 1264, 1272 (10th Cir. 2016).

2.    Plaintiff claims additional injury and damages by alleging causes of action against Root for "Unreasonable Delay/Denial of Benefits Under C.R.S. § 10-3-1115 and § 10-3-1116" and "Bad Faith" and in his Second and Third Claims for Relief. While Plaintiff's entitlement to damages is disputed, his claims for such damages demonstrate that the amount in controversy exceeds $75,000.00.   *See,* ***Home  Loan  Inv.  Co.  v.  St.  Paul***

*Mercury Ins. Co.*, 827 F. 3d 1256, 1263 (10th Cir. 2016).

3.      Accordingly and based upon the foregoing, Root has provided sufficient proof that the amount in controversy exceeds the requirement for diversity jurisdiction under 28 U.S.C. § 1332.

B.      **<u>Diversity Between the Parties</u>**.

Diversity of citizenship exists between the parties.  According to the allegations of Plaintiff's Complaint, Plaintiff is now, and was at the commencement of this action, a citizen of, and domiciled in, the State of Colorado. *See, Paragraph 2 in Plaintiff's Complaint, **Appendix A-2**.*

Defendant Root is now, and was at the time of the commencement of this action, a citizen of the State of Ohio.  Defendant Root was incorporated in the State of Ohio, with its principal place of business located in Ohio. *See Statement of Foreign Entity Authority,* ***Appendix A-8**.*

As of the date of the filing of this Notice of Removal, there has been no entry of judgment (default or otherwise) against Root in the state court.  The Answer to Plaintiff's Complaint will be filed within the time permitted by the applicable rule, i.e., within seven days following removal.

Pursuant to D.C. COLO.LCivR 81.1, attached as ***Appendix A*** are the following copies of the docket sheet from the Denver County District Court, as well as all other pleadings that have been filed in the State Court.  Defendant also attaches the Statement of Foreign Entity Authority as **Appendix A-8**.

*Appendices attached hereto as **A-1, A-2, A-3, A-4, A-5, A-6, A-7 and A-8**:*

1.    Docket Sheet from State Court.

2.    Complaint.

3.    District Court Civil Cover Sheet.

4.    Summons.

5.    Delay Reduction Order.

6.    Pretrial Order.

7.    Notice of Removal to United States District Court.

8.    Statement of Foreign Entity Authority.

Root states that no hearings have been set in the state court as of this date.

Pursuant to D.C. COLO.LCivR 3.1, a properly completed Civil Cover Sheet is filed contemporaneously with this Notice of Removal.

WHEREFORE, Plaintiff's claims constitute a civil action for which this Court has original jurisdiction under 28 U.S.C. Section 1332(a), and diversity of citizenship exists between the parties; therefore, this action is removable from the District Court, Denver County, State of Colorado under 28 U.S.C. Section 1441(a).

DATED this 29th day of April, 2026.

- 4 -

Respectfully submitted,


By:     *s/ L. Kathleen Chaney*
      L. Kathleen Chaney

      LAMBDIN & CHANEY, LLP
      4949 S. Syracuse Street, Suite 600
      Denver, Colorado 80237
      Telephone: (303) 799-8889
      Facsimile:  (303) 799-3700
      E-mail: kchaney@lclaw.net
      *Attorneys for Defendant Root*


## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2026, a true and correct copy of the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Cole Gumm, #54485
Zinda Law Group, PLLC
7801 N. Capital of Texas Hwy, Suite 300
Austin, Texas 78731
(512) 246-2224
service@zdfirm.com
*Attorneys for the Plaintiff*


By:     *s/ L. Kathleen Chaney*
      L. Kathleen Chaney
      LAMBDIN & CHANEY, LLP