Register of Actions and Party Information

# Register of Actions

Filed by Plaintiff/Petitioner
Filed by Defendant/Respondent
Filed by Court

**Case Number:** 2026CV031153
**Case Type:** Breach of Contract
**Case Caption:** Landsman, Shawn v. Root Ins Co

**Division:** 269
**Judicial Officer:** Andrew Patrick McCallin
**Court Location:** Denver County - District

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| E6DF67231555D** | 04/29/2026 12:52 PM | Lelia Kathleen Chaney | Lambdin & Chaney, LLP | Root Ins Co | Notice of Removal | Notice of Removal of State District Court Case to United States District Court for the District of Colorado | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit A to Notice of Removal of State District Court Case to United States District Court for the District of Colorado | Protected |
| N/A (Details) | 04/01/2026 8:44 AM | Andrew Patrick McCallin | Denver County - District | N/A | Order | Pretrial Order | Public |
| N/A (Details) | 04/01/2026 8:43 AM | Andrew Patrick McCallin | Denver County - District | N/A | Order | Delay Reduction Order | Public |
| 8B33C614ACA8A | 03/31/2026 4:17 PM | Cole Ellsworth Gumm | Zinda Law Group | Shawn Landsman | Complaint w/Jury Demand | PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND | Public |
| | | | | | Summons | District Court Summons | Public |
| | | | | | Civil Case Cover Sheet | District Court Civil Case Cover Sheet | Public |

# Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| Root Ins Co | Defendant | Active | N/A |
| Shawn Landsman | Plaintiff | Active | COLE ELLSWORTH GUMM (Zinda Law Group) |

Appendix A-1